IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br>    Plaintiff,<br><br>vs.<br><br>MARILYN JOHNSON ALSO KNOWN AS MARILYN BARLOW, C&J FINANCIAL, LLC., AND STONER FAMILY FUNERAL HOME,<br>    Defendants. | Case No. 4:11-cv-00610-JCH |

**ORDER AND DEFAULT JUDMENT**

This cause came before the Court on the motion of Plaintiff Metropolitan Life Insurance Company for a default judgment against Defendant Stoner Family Funeral Home, L.L.C. pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure. It appears to the Court that:

1. The Complaint in the above cause was filed in this Court on April 11, 2011, and that Defendant Stoner Family Funeral Home was served on October 11, 2011, by service on its registered agent.

2. The answer of Defendant Stoner Family Funeral Home was due on November 3, 2011.

3. No answer or other defense has been filed by Defendant Stoner Family Funeral Home, L.L.C.

4. Defendant Stoner Family Funeral Home, L.L.C. is not an infant, incompetent person, nor in the military service.

NOW IT IS THEREFORE ORDERED, ADJUDGED AND DECREED:

1. The default of Defendant Stoner Family Funeral Home, L.L.C. for failure to

EXHIBIT B

answer or plead is hereby entered.

2.  That Defendant Stoner Family Funeral Home, L.L.C is not entitled to any of the group life insurance benefits (the "Plan Benefits") deposited with the Court by Plaintiff Metropolitan Life Insurance Company in this interpleader action.

3.  That Plaintiff Metropolitan Life Insurance Company is hereby released, acquitted and discharged from all claim or liability to Defendant Stoner Family Funeral Home, L.L.C in this action.

4.  That Defendant Stoner Family Funeral Home, L.L.C is permanently enjoined from bringing any claim or cause of action against Plaintiff Metropolitan Life Insurance Company or the remaining defendants relating to or arising from the subject of this Complaint.

Dated: 12/15/11

_____
UNITED STATES DISTRICT JUDGE